IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 5:22-CR-29 (MTT) |
| | ) |
| JUAN CARLOS AGUIRRE-PEREZ, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

The defendant, by and through his counsel, has moved the Court to continue this case to the next trial term. Doc. 20. The defendant was indicted on June 15, 2022, and had his arraignment in this Court on July 19, 2022. Docs. 1; 10. No prior continuances have been granted. The defendant, by and through his counsel, now moves the Court to continue this case to the next trial term to provide additional time for defense counsel to review discovery and discuss a possible defense with the defendant. Doc. 20 at 1. The government does not oppose the motion. *Id*. at 2.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant to a speedy trial. Accordingly, the motion (Doc. 20) is **GRANTED**. The case is continued from the September term until the Court's trial term presently scheduled for **November 14, 2022**. The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq*.

**SO ORDERED**, this 23rd day of August, 2022.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT